UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Neal Nicol,

        Plaintiff,

Civil No. 05-1290 (RHK/JSM)

vs.

**O R D E R**

Auto-Owners Insurance Company and
Heartman Agency, Inc.,

        Defendants.

---

By January 19, 2007, Defendant Auto-Owners Insurance Company shall show cause in writing why its recently filed Motion for Summary Judgment should not be stricken as having been filed in violation of the October 30, 2006 Pretrial Scheduling Order requiring all dispositive motions to be "served, filed, and HEARD" by February 1, 2007.

Dated: January 16, 2007

        s/Richard H. Kyle
        RICHARD H. KYLE
        United States District Judge