UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Court File No. 0:05-CV-1290 RHK/JSM

Neal Nicol,

      Plaintiff,

vs.                           **ORDER FOR JUDGMENT**

Auto-Owners Insurance Company
and Heartman Agency, Inc.,

      Defendants.

---

Pursuant to the Stipulation for Order of Dismissal filed in the above-captioned matter,

IT IS HERBY ORDERED, that the foregoing action be dismissed on the merits with prejudice, but without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  3/8/07

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE, JUDGE
                                              U.S. DISTRICT COURT